**Frederick J. WOLFE and Heather B. Wolfe, his wife, Plaintiffs-Appellees,**

v.

**E.F. HUTTON & COMPANY, INC., and Peter Panos, Defendants-Appellants.**

**Joseph GORMAN, Plaintiff-Appellee,**

v.

**MERRILL LYNCH, PIERCE, FENNER AND SMITH, INC., a foreign corporation, Defendant-Appellant,**

Micah Hollander, Michael Strauss, Defendants.

Nos. 85–3352, 85–5419.

United States Court of Appeals, Eleventh Circuit.

Feb. 28, 1986.

Keith Olin, Bennett Falk, Ruden Barnett McClosky Schuster & Russell P.A., Miami, Fla., for defendants-appellants.

Elmo R. Hoffman, Orlando, Fla., for Wolfe.

Karen A. Gievers, Anderson Moss Russo Gievers & Cohen, P.A., Miami, Fla., for Gorman.

**ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC**

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, and CLARK, Circuit Judges [*].

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.

---

[*] Judge Anderson is disqualified and did not participate in this decision.